IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF TEXAS

TYLER DIVISION

| | | |
|---|---|---|
| ROBERT LEE RALLS III | § | |
| v. | § | CIVIL ACTION NO. 6:12cv397 |
| COMMISSIONER, SOCIAL SECURITY ADMINISTRATION | § | |

### MEMORANDUM ADOPTING REPORT AND RECOMMENDATION OF THE UNITED STATES MAGISTRATE JUDGE AND ENTERING FINAL JUDGMENT

The Report and Recommendation of the Magistrate Judge, which contains his proposed findings, conclusions, and recommendation for the disposition of this action, has been presented for consideration. This Report recommends that the action be dismissed with prejudice. No written objections have been filed; accordingly, the parties are barred from *de novo* review by the district judge of those findings, conclusions, and recommendations and, except upon grounds of plain error, from appellate review of the unobjected-to factual findings and legal conclusions accepted and adopted by the district court. Douglass v. United Services Automobile Association, 79 F.3d 1415, 1430 (5th Cir. 1996) (*en banc*).

The Court has reviewed the Report of the Magistrate Judge and has determined that this Report is correct. See United States v. Wilson, 864 F.2d 1219, 1221 (5th Cir.), *cert. denied*, 492 U.S. 918, 109 S.Ct. 3243 (1989) (where no objections to a Magistrate Judge's Report are filed, the standard of review is "clearly erroneous, abuse of discretion and contrary to law."). It is therefore

**ORDERED** that the Report of the Magistrate Judge (docket no. 20) is ADOPTED as the opinion of the District Court. It is further

**ORDERED** that the above-styled civil action be and hereby is **DISMISSED WITH PREJUDICE.** Finally, it is

1

**ORDERED** that any and all motions in this civil action not previously ruled on are hereby **DENIED**.

It is SO ORDERED.

SIGNED this 7th day of October, 2013.

MICHAEL H. SCHNEIDER
UNITED STATES DISTRICT JUDGE